IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH P. SCHIAFFINO,<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>No. 07-2194 |

**ORDER**

AND NOW, this 10th day of June, 2009, upon consideration of the United States of America's Motion to Dismiss Joseph P. Schiaffino's "Petition for Rule to Show Cause" (Doc. No. 2), it is hereby **ORDERED** that the Motion is **GRANTED**. As such, Schiaffino's Petition is hereby **DISMISSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_/s/ Robert F. Kelly_
　　　　　　　　　　　　　　　　　　　ROBERT F. KELLY
　   　　　　　　　　　　　　　　　　　SENIOR JUDGE